IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DERRICK LYNN BRATCHER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00500 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| RANDAL C. MATHENA, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motions to dismiss (Dkt. Nos. 21, 26, and 32) are GRANTED; Bratcher's complaint against defendant Perry is DISMISSED with prejudice; and the Clerk shall TERMINATE this action from the active docket of the court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Bratcher, plaintiff.

Entered: August 10, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge